S08Y0682. IN THE MATTER OF PAUL OWEN FARR.

(658 SE2d 632)

PER CURIAM.

This matter is before the Court on the petition of Paul Owen Farr for voluntary indefinite suspension. The State Bar filed a response stating it has no objection.

In his petition Farr states that he is presently suffering a mental incapacity, Bipolar Disorder and anxiety, that impairs his ability to

practice law; his professional judgment is significantly impaired and he is unable to concentrate for any meaningful period of time; he is currently receiving treatment; and he ceased practicing law on or about December 8, 2006.

Having reviewed the petition and the response, the Court concludes that acceptance of the petition is appropriate. Therefore, it is hereby ordered that Paul Owen Farr be suspended from the practice of law until further order of this Court. If Farr seeks reinstatement he must submit evidence of his fitness to practice law to the Review Panel, which will make a recommendation to this Court. Additionally, any reinstatement is conditioned on the absence of any pending disciplinary action.

*Indefinite suspension. All the Justices concur.*

DECIDED MARCH 10, 2008.

*William P. Smith III, General Counsel State Bar, A. M. Christina Petrig, Assistant General Counsel State Bar,* for State Bar of Georgia. *David S. Lipscomb,* for Farr.